AO 442 (Rev. 12/85) Warrant for Arrest   AUSA POWELL/ USSD- AGENT GILLIS / INS- AGENT FIELDS

## United States District Court

SOUTHERN    DISTRICT OF    FLORIDA

UNITED STATES OF AMERICA

V.

ALEXANDER SWANSON, a/k/a "Alexander Kerrick Miller"

**WARRANT FOR ARREST**

CASE NUMBER: 00-6358-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

FILED by ___ D.C.
DEC 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   ALEXANDER SWANSON

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with *(brief description of offense)* knowingly and willfully, making a false statement in an application for a passport with the intent to induce and secure the issuance of a passport; false claim of U.S. Citizenship; and false oath,

in violation of Title  18  United States Code, Section(s) 1542, 911 & 1621

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

*[signature]* Jenny Butler
Signature of Issuing Officer

DECEMBER 14, 2000, FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ Pretrial Detention requested

*[signature]* Lurana S. Snow
LURANA S. SNOW
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest