COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: ALEXANDER SWANSON          CASE NO: 00-6358-CR-DIMITROULEAS
AUSA: Roger Powell                ATTNY: Robert Berube
AGENT: _____                      VIOL: FALSE STATEMENT ON APPLICATION PASSPORT
PROCEEDING: I/A - INDICTMENT      BOND REC: PTD
BOND HEARING HELD - yes/no        COUNSEL APPOINTED: Federal Public Defenders
___ BOND SET @ _____
CO-SIGNATURES: _____              Reading of Indictment waived
SPECIAL CONDITIONS: _____         Not Guilty plea entered
                                  Jury trial demanded
                                  Standing Discovery Order requested

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Defendant Sworn

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 12/21/00 | 2:30 P.M. | Seltzer |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 1/3/01 | 11:00 A.M. | Snow |

DATE: DECEMBER 19, 2000    TIME: 11:00    TAPE # 00-098 PG # 2040 -