DEC 19 2000

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6358-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

ALEXANDER SWANSON

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on December 19, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| DEFENDANT: | Address: __In Custody_____ |
|---|---|
| | Telephone:_____ |
| DEFENSE COUNSEL: | Name:____Federal Public Defender_____ |
| | Address:_____ |
| | Telephone:_____ |
| BOND SET/CONTINUED: | $_____ |

Bond hearing held: yes____ no _X_   Bond hearing set for _12/21/00 @ 2:30 p.m._

Dated this __19th__ day of __December__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Amy Jordan_
    Deputy Clerk

Tape No. __00-098__

cc: Copy for Judge
    U. S. Attorney