UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 00-6358  55591.004
                        Plaintiff )
                                  ) REPORT COMMENCING CRIMINAL
         -vs-                     )         ACTION
                                  )
ALEXANDER SWANSON                 )          00-6358-Ck-Dimi
         Defendant

TO: Clerk's Office    MIAMI   FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 12-19-00   0605 am/**pm**

(2) Languge Spoken: ENGLISH

(3) Offense (s) Charged: 18 USC 1542, 911, 1621

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 1-30-1471

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# 00-6358

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SOUTHERN LAUDERDALE

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $
Who set Bond:

(7) Remarks:

(8) Date: 12-19-00    (9) Arresting Officer: C. J. Gross

(10) Agency: DSS    (11) Phone: 305-536-5751

(12) Comments: