| | | | |
|---|---|---|---|
| DEFT: | ALEXANDER SWANSON (J) | CASE NO: | 00-6358-CR-DIMITROULEASE |
| AUSA: | Roger Powell  by Roger Stefin | ATTNY: | FPD - Robert Berube |
| AGENT: | | VIOL: | |
| PROCEEDING: | Pretrial Detention Hearing | BOND REC: | |
| BOND HEARING HELD - (yes)/no | | COUNSEL APPOINTED: DEC 2 1 2000 | |

BOND SET @

CO-SIGNATURES: — Testimony by INS Agent Gillis

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
____ Electronic Monitoring

Ordered to be detained on grounds of Risk of flight.

NEXT COURT APPEARANCE: _____ DATE: _____ TIME: _____ JUDGE: _____
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: DECEMBER 21, 2000   TIME: 2:30   TAPE # 00-100 PG # 1396 - end
00-101
10/04