# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA** 529405

UNITED STATES OF AMERICA

V.

ALEXANDER SWANSON, a/k/a "Alexander Kerrick Miller"

## WARRANT FOR ARREST

CASE NUMBER: **00-6358-CR-DIMITROULEAS**

MAGISTRATE JUDGE SNOW

TO: **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __ALEXANDER SWANSON__
                                                                                      Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment | | | Information | | | Complaint | | | Order of court | | | Violation Notice | | | Probation Violation Petition

**charging him or her with** (brief description of offense) knowingly and willfully, making a false statement in an application for a passport with the intent to induce and secure the issuance of a passport; false claim of U.S. Citizenship; and false oath,

0204

**in violation of Title** __18__ **United States Code, Section(s)** __1542, 911 & 1621__

DEC 22 AM 10:19

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

_Jenny Butler_
Signature of Issuing Officer

DECEMBER 14, 2000, FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ _Pretrial Detention requested_

_Lurana S. Snow_
**LURANA S. SNOW**
by **UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

---

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/14/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | |
| DATE OF ARREST<br>12/20/00 | | Edward Purchase, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

