UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6358-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXANDER SWANSON,

    Defendant.

_____/



## REQUEST FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES

The Defendant, SWANSON, ALEXANDER, through undersigned counsel, and pursuant to Fed. R. Crim. P. 16(a)(c)(e) requests disclosure by the government of expert testimony the government intends to introduce during its case-in-chief. As to each potential expert witness, it is requested that the government disclose the name of the expert, the witnesses qualifications, present employment, a summary of the witness' opinion, and the basis and reasons for the opinion.

                Respectfully submitted,

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

By: _____

                Robert N. Berube
                 Supervisory Assistant
                Federal Public Defender
                Florida Bar No. 304247
                Attorney for Defendant
                101 N.E. 3rd Avenue, Suite 202
                Fort Lauderdale, Florida 33301
                (954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this $24$ day of December, 2000, to the United States Attorney's Office, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Robert N. Berube