HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __JEFFERSON LEVINE_____ CASE NO: __00-6353-CR-DIMITROULEAS__

AUSA __LARRY BARDFELD__ pres  ATTY __ROBERT BARRAR__ pres

Disc rec'd today -
M/ due Jan 17 — one extra week for Higlis. @ 694

DEFT __KIMBERLY ADAMS_____ CASE NO: __00-6333-CR-FERGUSON__

AUSA __THOMAS LANIGAN__ /Washington ATTY FPD — Tim Day

disc rec'd - No motion pending  00-001 @ 532

DEFT __ALEXANDER SWANSON_____ CASE NO: __00-6358-CR-DIMITROULEAS__ ✓

AUSA __ROGER POWELL__ /Washington ATTY FPD  Day for Bembe

Disc will be sent today - no
pending motions - possibility of
retained counsel coming in. M/due Jan 17  @ 574

DEFT __LORNA CUMMINGS_____ CASE NO: __00-6354-CR-FERGUSON__

AUSA __LARRY BARDFELD__ pres /Washington ATTY FPD  Day

disc rec'd - to be a plea
@ 645

DEFT __MICHAEL McKAY_____ CASE NO: __00-6356-CR-ZLOCH__

AUSA __LARRY BARDFELD__ pres  ATTY FPD  Day for Swergen

Disc out - no outstanding motions
possible plea  @ 667

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DATE __1/3/01_____ TIME __11:00__