UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6358-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,          :

       Plaintiff,                 :

v.                                 :

ALEXANDER SWANSON,                 :

       Defendant.                 :
_____



**STATUS REPORT**

       A status conference was held in this cause on January 3, 2001. At that conference, the parties informed the Court as follows:

       1. Discovery was provided on the date of the status conference.

       2. The defendant may be retaining substitute counsel, and the case may be resolved by way of a plea.

       DATED at Fort Lauderdale, Florida, this _____ day of January, 2001.

                                                  _____
                                                  LURANA S. SNOW
                                                  UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Powell (FTL)
AFPD Robert Norman Berube (FTL)

