## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED D.C.
JAN 1 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00 6358-CR-WPD  DATE: January 19, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Alexander Swanson

U.S. ATTORNEY: Roger Powell   DEFT. COUNSEL: Robert Berube

REASON FOR HEARING: Calendar call / Status Conference

RESULT OF HEARING: Deft's motion to continue is granted. Court resets the case & finds the time from today until trial deemed excludable.

CASE CONTINUED TO: 2/21   TIME: 9:00   FOR: Cal call
MISC: 2/26   2 week trial period

