RWP/sls



NIGHT BOX FILED
JAN 29 2001
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6358-CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

ALEXANDER SWANSON,
a/k/a "Alexander Kerrick Miller,"

    Defendant.
_____/

### GOVERNMENT'S THIRD SUPPLEMENTAL RESPONSE
### TO THE STANDING DISCOVERY ORDER

    The United States hereby files this Third Supplemental Response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    5.  Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 500 E. Broward Blvd., Fort Lauderdale, Florida, Suite 700.

    The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to



introduce at trial.

The attachments to this response are numbered pages __00311__ - __00312__. Please contact the undersigned Assistant United States Attorney if any pages are missing.

                Respectfully submitted,

                GUY A. LEWIS
                UNITED STATES ATTORNEY

By: *Roger W. Powell*
     ROGER W. POWELL
     ASSISTANT UNITED STATES ATTORNEY
     Florida Bar No.341411
     500 E. Broward Blvd., Suite 700
     Fort Lauderdale, Florida 33394
     Tel:(954)356-7255; Fax:356-7336

cc: Special Agent Chris Gillis,
    U.S. State Dept.


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 29th day of January, 2001 to:

      Mr. Robert N. Berube, Esq.
      Attorney for Defendant Swanson
      101 N.E. 3rd Avenue, Suite 202
      Fort Lauderdale, FL 33301

                *Roger W. Powell*
                ROGER W. POWELL
                ASSISTANT U.S. ATTORNEY