RWP/sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6358-CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

ALEXANDER SWANSON,
a/k/a "Alexander Kerrick Miller,"

Defendant.
_____/



### GOVERNMENT'S FOURTH SUPPLEMENTAL RESPONSE
### TO THE STANDING DISCOVERY ORDER

The United States hereby files this Fourth Supplemental Response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

> 5. Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 500 E. Broward Blvd., Fort Lauderdale, Florida, Suite 700.
>
> The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to



introduce at trial.

The attachments to this response are numbered pages 00313 - 00332. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.341411
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel:(954)356-7255; Fax:356-7336

cc: Special Agent Chris Gillis,
U.S. State Dept.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 31th day of January, 2001 to:

Mr. Robert N. Berube, Esq.
Attorney for Defendant Swanson
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, FL 33301

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT U.S. ATTORNEY

2