## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6358-CR-WPD   DATE: February 21, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Alexander Suarsan

U.S. ATTORNEY: Roger Powell   DEFT. COUNSEL: for Hunt for Bob Berube

REASON FOR HEARING: Calendar call / Status conf.

RESULT OF HEARING: Joint motion for continuance is denied.

Set for Monday if civil case does not go.

CASE CONTINUED TO: 2/26/01   TIME: 9:00   FOR: Jury Selection

MISC: _____

