**CRIMINAL MINUTES**

FILED /L D.C.
FEB 2 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00 -6358 - CR-WPD    DATE: February 26, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Alexander Suasson

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Bob Berube

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn & questioned by Court. Deft to plead Guilty to Count 1. Gvt agrees to dismiss Counts 2 & 3 @ time of Sentencing. Court accepts Guilty plea

CASE CONTINUED TO: 5/18/01    TIME: 10:30    FOR: Sentencing
MISC: No written plea agreement.

