## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00 - 6358CR-WD   DATE: May 18, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRucca

PROBATION: Kellie Kramer    INTERPRETER: ___

UNITED STATES OF AMERICA   VS.   Alexander Swason

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Robert Berube

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
12 months BOP, 2 years supervised release,
no fine, $100 assessment.
If ordered deported, the deft shall remain
outside the United States.

CASE CONTINUED TO: ___   TIME: ___   FOR: ___

MISC: Exhibit 1 - Certificate of foreign Birth
Deft Informed of Right to Appeal.



STATE OF FLORIDA

OFFICE of VITAL STATISTICS

CERTIFIED COPY

## CERTIFICATE OF FOREIGN BIRTH

## FLORIDA

State of Florida
Department of Health and Rehabilitative Services

VITAL STATISTICS

BIRTH NO. 109 — FB — 303428

| | | | | |
|---|---|---|---|---|
| 1. FULL NAME OF CHILD | (first) Alexander | (middle) Kerrick | (last) Miller | 2. SEX OF CHILD Male |
| 3. DATE OF BIRTH | September 2, 1969 | | | |
| 4. PLACE OF BIRTH | Jamaica | | | |
| 5. FULL MAIDEN NAME OF MOTHER | Ileene Hyacinth Miller | | | |
| 6. BIRTHPLACE OF MOTHER | Jamaica | | | 7. DATE OF BIRTH OF MOTHER Aug. 27, 1944 |
| 8. FULL NAME OF FATHER | Donald Livingston Miller | | | |
| 9. BIRTH-PLACE OF FATHER | Bahamas | | | 10. DATE OF BIRTH OF FATHER Feb. 20, 1940 |
| 11. ADDRESS OF PARENTS | (Street Address or Route No.) 2351 N.W. 208 St. | (City or Town) Miami | (State) Florida | (Zip Code) 33056 |

Data shown above based on evidence presented to the Dade County, FL

Circuit Court, dated March 10, 1997

THIS CERTIFICATE IS NOT EVIDENCE OF UNITED STATES CITIZENSHIP FOR THE CHILD OR PARENTS NAMED ABOVE.

I hereby certify that this certificate is filed under provisions of Florida Statute 382.017.

STATE REGISTRAR C. Meade Grigg DATE RECORD FILED April 30, 1997

THIS IS A CERTIFIED TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE

BY APR 0 4 2001   C. Meade Grigg, State Registrar

WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH A WATERMARK OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THE DOCUMENT FACE CONTAINS A MULTI-COLORED BACKGROUND AND GOLD EMBOSSED SEAL. THE BACK CONTAINS SPECIAL LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK.

12567505

FLORIDA DEPARTMENT OF HEALTH

CERTIFICATION OF VITAL RECORD